[No. 46331-4-I.   Division One.   September 11, 2000.]

*In the Matter of the Sentence of* BRANDON T. CURTIS.

Postsentence petition filed by the Department of Corrections seeking review of a sentencing decision. *Remanded* by unpublished per curiam opinion.

[No. 45172-3-I.   Division One.   September 11, 2000.]

MURPHY ELECTRONICS, INC., *Appellant*, v. K.R. ANDERSON COMPANY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-06871-1, Steven G. Scott, J., entered August 13, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, J., and Howard, J. Pro Tem.

[No. 46311-0-I.   Division One.   September 11, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. PENNY JORDAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, 98-1-03718-7, Sharon S. Armstrong, J., entered December 15, 1999. *Remanded* by unpublished per curiam opinion.

[No. 44549-9-I.   Division One.   September 11, 2000.]

*In the Matter of the Dependency of* W.R.
THE STATE OF WASHINGTON, *Respondent*, v. HEIDI RAUSCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-7-01483-4, Michael J. Fox, J., entered March 11, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Ellington, JJ.